PROB 12C
(6/16)

Report Date: April 15, 2022

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amanda Marie Mager | Case Number: 0980 2:21CR00094-RMP-2 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: | The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge |
| Date of Original Sentence: January 25, 2022 | |
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: January 25, 2022 |
| Defense Attorney: | David R. Partovi | Date Supervision Expires: January 24, 2027 |

### PETITIONING THE COURT

To issue a summons.

On February 2, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about February 21, 2022, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine. |
| | On February 24, 2022, the offender was instructed to report to the U.S. Probation Office for random urinalysis testing. Although she had initially informed this officer she had no plans for the day, when the undersigned officer instructed Ms. Mager to report to the office, she suggested she would not be able to do so because she had to "take (her) grandmother to the casino." When the undersigned suggested that was not a legitimate reason to not report as instructed, the offender then stated she could not report because she had her minor daughter with her. The offender was then informed that failure to report as instructed or urinalysis testing would be reported to the Court. |

Prob12C
**Re: Mager, Amanda Marie**
**April 15, 2022**
Page 2

On February 24, 2022, Ms. Mager subsequently reported to the U.S. Probation Office as instructed. The offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. She admitted having used methamphetamine on or about February 21, 2022, claiming she had run into a friend from high school at Walmart and then they used methamphetamine together. The offender signed an admission of use form confirming her use.

2   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 5, 2022, Amanda Mager allegedly violated special condition number 4 by failing to report for phase urinalysis testing when her assigned color was identified for testing.

On April 6, 2022, this officer received notification from Pioneer Human Services (PHS) advising the offender had failed to report for phase urinalysis testing on April 5, 2022, when her assigned color was identified for testing.

3   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 5, 2022, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine.

On April 8, 2022, Amanda Mager reported to the U.S. Probation Office to meet with the assigned officer as instructed. The offender was subject to random urinalysis testing on that date because she failed to report for phase urinalysis testing on April 5, 2022. The offender provided a urine sample that was presumptive positive for methamphetamine. She subsequently admitted having used methamphetamine on or about April 5, 2022; Ms. Mager signed an admission of use form confirming her use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/15/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Mager, Amanda Marie**
**April 15, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

4/15/2022

Date