PROB 12C
(6/16)

Report Date: May 5, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager                Case Number: 0980 2:21CR00094-RMP-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 25, 2022

Original Offense:        Misprison of a Felony, 18 U.S.C. § 4

Original Sentence:       Probation - 60 months              Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard               Date Supervision Commenced: January 25, 2022

Defense Attorney:        David R. Partovi                   Date Supervision Expires: January 24, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/15/2022.

On February 2, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about April 16, 2022, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine. |
| | On April 18, 2022, the offender was subject to phase urinalysis testing at Pioneer Human Services (PHS), when her assigned color was identified for testing. Ms. Mager provided a urine sample that was presumptive positive for amphetamine and methamphetamine. She subsequently admitted to the use of methamphetamine on or about April 16, 2022, as confirmed by the admission of use form she signed that same date. |

Prob12C
Re: Mager, Amanda Marie
May 5, 2022
Page 2

On May 1, 2022, laboratory results were received confirming that the urine sample provided by the offender on April 18, 2022, was in fact positive for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 5, 2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ X ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ X ] Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/5/2022
Date