PROB 12C
(6/16)

Report Date: June 30, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager         Case Number: 0980 2:21CR00094-RMP-2

Address of Offender: [REDACTED]         Spokane, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: January 25, 2022

Original Offense:        Misprison of a Felony, 18 U.S.C. § 4

Original Sentence:       Probation - 60 months         Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard           Date Supervision Commenced: January 25, 2022

Defense Attorney:        Christina Wong                Date Supervision Expires: January 24, 2027

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/15/2022 and 05/05/2022.

On February 2, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about June 8, 2022, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine. |
| | On June 8, 2022, the offender was subject to phase urinalysis (UA) testing at Pioneer Human Services (PHS) when her assigned color was identified for testing. Ms. Mager provided a urine sample that tested presumptive positive for methamphetamine. |
| | Shortly thereafter, on June 8, 2022, Ms. Mager sent the undersigned officer a text message stating she had just submitted to phase UA testing at PHS, which tested presumptive positive, so it was sent to the laboratory for confirmation. In that same text message, the offender insists: "I have not used and I'm clean so I did not admit to it." |

Prob12C
Re: Mager, Amanda Marie
**June 30, 2022**
Page 2

On June 20, 2022, laboratory results were received confirming that the urine sample provided by the offender on June 8, 2022, was in fact positive for methamphetamine.

| | |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about June 18, 2022, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine.

On June 20, 2022, this officer attempted to contact Ms. Mager via the telephone to inquire about her schedule for the day, as the undersigned was planning to conduct an unscheduled visit at the offender's residence, but was unsuccessful. This officer sent Ms. Mager both voice and text messages requesting a call back, but she did not respond.

On the morning of June 21, 2022, another attempt was made to contact the offender, who had still not responded; again, the assigned officer was unsuccessful in contacting Ms. Mager.

Shortly thereafter, on June 21, 2022, the offender contacted the undersigned officer and was instructed to report to the U.S. Probation Office by 12 p.m. Ms. Mager insisted she had to take her grandmother to a doctor's appointment, so she was given until 1 p.m. to report.

At 3 p.m. on that date, approximately 2 hours late for her appointment, the offender reported to the U.S. Probation Office to meet with this officer and was informed she would be subject to random urinalysis testing. Before collecting a urine sample, the offender was asked if she had consumed any illicit substances, which she adamantly denied; she signed a denial of use form confirming that denial.

Ms. Mager was then subject to testing and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. Although she initially denied use, the offender eventually admitted to the use of methamphetamine on or about June 18, 2022, and signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/30/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Mager, Amanda Marie**
**June 30, 2022**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

6/30/2022
Date