PROB 12C
(6/16)

Report Date:  November 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 09, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager          Case Number: 0980 2:21CR00094-RMP-2

Address of Offender: ███████████████████ Spokane, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 25, 2022

| | | |
|---|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: January 25, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: January 24, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/15/2022, 5/5/2022, and 6/30/2022.

On February 2, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

> **Supporting Evidence**:  On September 13, 2022,  Amanda Mager allegedly violated special condition number 4 by failing to provide a urine sample as directed.
>
> On September 14, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender had reported for phase urinalysis testing on September 13, 2022, when her assigned color was identified for testing.  According to the information received, although Ms. Mager reported for testing, she failed to provide a sufficient sample within the allotted time period, so she was subsequently considered a "stall."

| | |
|---|---|
| 8 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Mager, Amanda Marie**
**November 9, 2022**
**Page 2**

**Supporting Evidence**: On or about September 12, 2022, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine.

On the morning on September 14, 2022, the undersigned received a text message from Ms. Mager requesting this officer contact her. In the text message, the offender stated "it's important I messed up I just really need to tell you what happened." The undersigned officer contacted the offender in response to her text message and instructed her to report to the U.S. Probation Office.

Later that date, on September 14, 2022, Ms. Mager reported to the U.S. Probation Office as instructed. The offender admitted to the use of methamphetamine on or about September 12, 2022, and signed an admission of use form confirming that use. She then submitted to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/09/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ X ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Rosanna Malouf Peterson

Signature of Judicial Officer

11/9/2022

Date