PROB 12C
(6/16)

Report Date: March 8, 2023

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2023

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Amanda Marie Mager              Case Number: 0980 2:21CR00094-RMP-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: January 25, 2022

Original Offense:      Misprison of a Felony, 18 U.S.C. § 4

Original Sentence:     Probation -60 months              Type of Supervision: Probation

Asst. U.S. Attorney:   Caitlin A. Baunsgard              Date Supervision Commenced: January 25, 2022

Defense Attorney:      John Barto McEntire , IV          Date Supervision Expires: January 24, 2027

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/15/2022, 5/5/2022, 6/30/2022, and 11/09/2022.

On February 2, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of probation with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 15, 2023, Amanda Mager allegedly violated special condition number 4 by failing to report for phase urinalysis testing when her assigned color was identified for testing.<br><br>On February 21, 2023, this officer received notification from Pioneer Human Services (PHS) that the offender had failed to report for phase urinalysis testing on February 15, 2023, when her assigned color was identified for testing. |
| 10 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
**Re: Mager, Amanda Marie**
**March 8, 2023**
**Page 2**

**Supporting Evidence**: On February 22, 2023, Amanda Mager allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office as instructed.

On February 22, 2023, the undersigned attempted to contact Ms. Mager to discuss her failure to report for phase urinalysis testing on February 15, 2023, but was unsuccessful. Because her voice mailbox had not been setup yet, the offender was subsequently sent instructions, via a text message, to report to the U.S. Probation Office by 1 p.m. that same date.

On February 22, 2023, the offender failed to report as instructed. Shortly before close of business on that date, she did although send this officer a text message claiming she had been asleep and did not see the instructions. Ms. Mager stated that she would report to the U.S. Probation Office the next morning, on February 23, 2023.

11    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 23 and 24, 2023, Amanda Mager allegedly violated special condition number 4 by consuming methamphetamine.

On the morning of February 23, 2023, the offender reported to the U.S. Probation Office and was subject to random urinalysis testing. Ms. Mager provided a urine sample that was presumptive positive for amphetamine and methamphetamine. She adamantly denied the use of illicit substances, and signed a denial of use form.

On February 24, 2023, Ms. Mager's assigned color was identified for phase urinalysis testing. The offender reported to PHS on that date and provided a sample that was also presumptive positive for amphetamine and methamphetamine.

On March 1, 2023, laboratory confirmation was received confirming that both urine samples, collected on February 23 and 24, 2023, were in fact positive for amphetamine and methamphetamine.

12    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 6, 2023, Amanda Mager allegedly violated special condition number 4 by failing to report for phase urinalysis testing when her assigned color was identified.

On March 7, 2023, this officer received notification from PHS that the offender had failed to report for phase urinalysis testing on March 6, 2023, when her assigned color was identified for testing.

Prob12C
Re: Mager, Amanda Marie
March 8, 2023
Page 3

| | | |
|---|---|---|
| | 13 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On March 7, 2023, Amanda Mager allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office as instructed.

On March 6, 2023, the undersigned probation officer made multiple attempts to contact Ms. Mager, to discuss both the lab confirmations that were received as well as her failure to report for phase urinalysis testing, but was unsuccessful.

On the morning of March 7, 2023, this officer again attempted to contact the offender, but was unsuccessful. As such, Ms. Mager was sent instructions to report to the U.S. Probation Office by 11:30 a.m. on that same date, but she failed to report as instructed.

It should be noted, multiple attempts were made to contact the offender between March 6 and 8, 2023, via a phone call and text message, but she has not answered or responded. As of the writing of this report, Ms. Mager's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/08/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Rosanna Malouf Peterson

Signature of Judicial Officer

3/8/2023

Date