PROB 12C
(6/16)

Report Date: November 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amanda Marie Mager | Case Number: 0980 2:21CR00094-RMP-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: January 25, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (April 18, 2023) | Prison - 5 months<br>TSR - 12 months | | |
| Asst. U.S. Attorney: | Caitlin A Baunsgard | Date Supervision Commenced: August 7, 2023 | |
| Defense Attorney: | Jay McEntire | Date Supervision Expires: August 6, 2024 | |

## PETITIONING THE COURT

To issue a summons.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about October 18, 2023, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine. |
| | On the morning of October 19, 2023, this officer contacted Ms. Mager and instructed her to report to the U.S. Probation Office for random urinalysis testing. The offender claimed she had to take her daughter to daycare then go to work, so she was given the option to submit to testing either before or after work, and Ms. Mager elected to do so after work. |
| | Shortly thereafter, this officer received a text message from the offender stating she would be going to a "meeting" at Roots Hall, which is in reference to a narcotics anonymous (NA) meeting. Ms. Mager did not indicate in her message that she would not be able to submit to random urinalysis testing as instructed, nor was she was excused from testing. |

Prob12C
**Re: Mager, Amanda Marie**
**November 28, 2023**
**Page 2**

After close-of-business that day, on October 19, 2023, this officer sent Ms. Mager a text message inquiring if she had reported to the probation office. She responded she had not done so because her daughter got back from a field trip late; the offender was subsequently instructed to report to the U.S. Probation Office at 8 a.m. the next morning.

On October 20, 2023, while headed to the probation office, the undersigned received a text message from the offender stating she had used drugs. Ms. Mager ultimately reported to the U.S. Probation Office and admitted to the use of methamphetamine, on or about October 18, 2023. She provided a urine sample that was presumptive positive for amphetamine and methamphetamine, which is consistent with the offender's admission of use.

2  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 16, 2023, Amanda Mager allegedly violated special condition number 5 by failing to submit to urinalysis testing as instructed.

On November 15, 2023, the assigned probation officer attempted to contact Ms. Mager, but was unsuccessful. Because she did not respond until after close-of-business that day, the offender was instructed to report to the U.S. Probation Office at 8 a.m. the next morning.

The next morning, on November 16, 2023, the offender reported to the probation office as instructed. Upon arrival, Ms. Mager was instructed to submit to random urinalysis testing. Despite trying to provide a urine sample twice, the offender insisted she could not submit to urinalysis testing because she had to go to work; a sweat patch was applied as an alternative means of monitoring her sobriety.

On November 27, 2023, that sweat patch was collected and sent to the lab for testing. As of the writing of this report, those results have not yet been received.

3  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about November 25, 2023, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine.

On November 27, 2023, the offender reported to the U.S. Probation Office to meet with this officer as instructed; upon arrival, Ms. Mager was notified by the clerk at the front desk that she would be subject to random urinalysis testing. Prior to providing a urine sample, the offender advised the undersigned that she had made a mistake.

The offender subsequently admitted to the use of methamphetamine on or about November 25, 2023, and she signed an admission of use form confirming that use.

Prob12C
Re: Mager, Amanda Marie
November 28, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/29/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

11/28/2023

Date