PROB 12C
(6/16)

Report Date: December 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 20, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager                Case Number: 0980 2:21CR00094-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (April 18, 2023) | Prison - 5 months TSR - 12 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 7, 2023 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | August 6, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/28/2023.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On December 6, 2023, Amanda Mager allegedly violated special condition number 5 by failing to report for phase urinalysis testing when her assigned color was identified for testing. |
| | On December 7, 2023, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for phase urinalysis on December 6, 2023, when her assigned color was identified for testing. |
| | Attempts to contact Ms. Mager regarding her failure to report for urinalysis testing were not answered or responded to until December 11, 2023. |

Prob12C
**Re: Mager, Amanda Marie**
**December 20, 2023**
**Page 2**

| | | |
|---|---|---|
| 5 | | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about December 10, 2023, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine.

On December 11, 2023, the offender finally responded to this officer's attempts to contact her. Because she did not respond until shortly before close of business on that date, Ms. Mager was instructed to report to the U.S. Probation Office the next morning, on December 12, 2023.

On December 12, 2023, Ms. Mager reported to the U.S. Probation Office as instructed. Before submitting to random urinalysis testing, the offender admitted to the use of methamphetamine on or about December 10, 2023; she then signed an admission of use form confirming that use.

6  **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On October 18, 2023, Amanda Mager allegedly violated special condition number 3 by failing to report for her substance abuse group treatment session as scheduled.

On October 19, 2023, the undersigned received notification from PHS that the offender failed to report for her substance abuse group treatment session on October 18, 2023.

7  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 18, 2023, Amanda Mager allegedly violated special condition number 5 by failing to report for phase urinalysis testing when her assigned color was identified for testing.

On December 19, 2023, this officer received notification from PHS that the offender failed to report for phase urinalysis on December 18, 2023, when her assigned color was identified for testing.

As of the writing of this report, attempts to contact the offender regarding her failure to report for urinalysis testing have been unsuccessful.

Prob12C
Re: Mager, Amanda Marie
December 20, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/20/2023
Date