PROB 12C
(6/16)

Report Date: December 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager    Case Number: 0980 2:21CR00094-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | |
|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 |
| Original Sentence: | Probation - 60 months    Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 5 months; TSR - 12 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: August 7, 2023 |
| Defense Attorney: | John Barto McEntire, IV    Date Supervision Expires: August 6, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2023 and 12/20/2023.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about December 18, 2023, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine. |
| | On December 20, 2023, after appearing in Court for an initial appearance, Ms. Mager was instructed to report to the U.S. Probation Office (USPO). Upon reporting, the offender was notified that she would need to submit to random urinalysis testing. The supervisee subsequently admitted to the use of methamphetamine on or about December 18, 2023, and |

Prob12C
Re: Mager, Amanda Marie
December 20, 2023
Page 2

signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/21/2023
Date