PROB 12C
(6/16)

Report Date: January 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amanda Marie Mager | Case Number: 0980 2:21CR00094-SAB-2 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(April 18, 2023) | Prison - 5 months;<br>TSR - 12 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 7, 2023 | |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: August 6, 2024 | |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/28/2023, and two petitions on 12/20/2023.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about December 26, 2023, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine.<br><br>On December 26, 2023, the offender reported to the U.S. Probation Office, as instructed by this officer. Ms. Mager submitted to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and amphetamine. The offender denied any drug use since December 18, 2023, so the sample was sent to the laboratory for additional testing. |

Prob12C
Re: Mager, Amanda Marie
January 8, 2024
Page 2

|  |  |  |
|---|---|---|
|  |  | On January 2, 2024, the laboratory results were received confirming that the urine sample provided by Ms. Mager on December 26, 2023, was in fact positive for methamphetamine and amphetamine. |
|  | 10 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|  |  | **Supporting Evidence**: On or about December 29, 2023, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine. |
|  |  | On January 2, 2023, this officer contacted the offender. During that conversation, Ms. Mager was asked when the last time she had consumed any illicit substance and she subsequently admitted to the use of methamphetamine last on or about December 29, 2023. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/08/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/9/2024

Date