PROB 12C
(6/16)

Report Date: March 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager                Case Number: 0980 2:21CR00094-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | |
|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 |

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(April 18, 2023) | Prison - 5 months;<br>TSR - 12 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 7, 2023 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | August 6, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/28/2023, 12/20/2023, a second report on 12/20/2024, and 1/08/2024.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about February 22, 2024, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine.<br><br>On February 23, 2024, this officer made contact with the offender at her residence to conduct an unscheduled home visit. At the conclusion of that visit, Ms. Mager was instructed to report to the U.S. Probation Office for random urinalysis testing. |

Prob12C
Re: Mager, Amanda Marie
March 8, 2024
Page 2

Before arriving to the U.S. Probation Office, the offender contacted this officer and advised that she would be positive for methamphetamine. As instructed, Ms, Mager reported to the U.S. Probation Office and provided a urine sample that was presumptive positive for methamphetamine; she subsequently signed an admission of use form admitting to the use of methamphetamine on or about February 22, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/08/2024

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

3/11/2024
Date