PROB 12C
(6/16)

Report Date: July 1, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 02, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager          Case Number: 0980 2:21CR00094-SAB-2

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | | |
|---|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 18, 2023) | Prison - 5 months;<br>TSR - 12 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 7, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: August 6, 2024 |

### PETITIONING THE COURT

To issue a summons.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 14, 2024, Amanda Mager allegedly violated special condition number 5 by failing to report for phase urinalysis testing when her assigned color was identified for testing.<br><br>On June 18, 2024, this officer received notification from Pioneer Human Services (PHS) that Ms. Mager had failed to report for phase urinalysis testing on June 14, 2024, when her assigned color was identified for testing. |

Prob12C
Re: Mager, Amanda Marie
July 1, 2024
Page 2

        On June 20, 2024, the offender reported to the U.S. Probation Office to meet with this officer as instructed. When confronted about her failure to report for phase urinalysis testing, Ms. Mager claimed that she had forgotten to call into the phase urinalysis hotline on that date and did not realize she had failed to report for testing until she spoke to her substance abuse treatment provider.

2      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On or about June 19, 2024, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine.

        On June 20, 2024, the offender reported to the U.S. Probation Office as instructed by the undersigned. At that time, Ms. Mager was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and amphetamine; although she adamantly denied any illicit drug use. The offender signed a denial of use form confirming that denial, and the sample was sent to the lab for further testing.

        On June 25, 2024, the offender ultimately admitted to the use of methamphetamine on or about June 19, 2024, and she signed an admission of use form confirming that use.

3      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On or about June 22, 2024, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine.

        On June 24, 2024, Ms. Mager was subject to phase urinalysis testing at PHS. She provided a urine sample that was presumptive positive for methamphetamine and amphetamine. The offender admitted to the use of methamphetamine, but failed to complete the admission of use form.

        On June 25, 2024, this officer contacted the offender and instructed her to report to the U.S. Probation Office.

        As instructed, Ms. Mager reported to the U.S. Probation Office to meet with the undersigned on June 25, 2024. During that meeting, the offender admitted to the use of methamphetamine on or about June 19 and June 22, 2024; she signed an admission of use form confirming that use.

Prob12C
Re: Mager, Amanda Marie
July 1, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/01/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/2/2024

Date