PROB 12C
(6/16)

Report Date:  September 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager          Case Number: 0980 2:21CR00094-SAB-2

Address of Offender: ███████████████ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | | |
|---|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 18, 2023) | Prison - 5 months TSR - 12 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 7, 2023 |
| Defense Attorney: | Ryan Farrell | Date Supervision to have Expired: August 6, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/1/2024.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 16, 2024, Amanda Mager allegedly violated special condition number 5 by failing to submit to phase urinalysis testing as required.

According to Pioneer Human Services (PHS), on September 16, 2024, Ms. Mager failed to provide an adequate urine sample for phase urinalysis testing, and thus was considered a "stall."

On the morning of September 17, 2024, the offender sent this officer a text claiming that while submitting to urinalysis testing the day prior, half of the sample did not make it in the

Prob12C
**Re: Mager, Amanda Marie**
**September 20, 2024**
**Page 2**

testing cup. She stated that because her minor daughter was waiting in the car alone while she went inside to submit to phase urinalysis testing, treatment staff would not allow her to wait and provide another sample.

Later that same date, on September 17, 2024, the offender sent the undersigned officer a text message stating that she was "trying to make it to ur office today to do a UA," but she had not been feeling well, and subsequently went to see a doctor. Ms. Mager claimed that she had tested positive for COVID, and thus could not attend her drug treatment sessions for the rest of the week.

On September 19, 2024, this officer made multiple attempts to contact the offender in order to have her submit to urinalysis testing so that the stalled sample could be excused, but she failed to answer or respond. Because she claimed to have tested positive for COVID, the undersigned officer attempted to make contact with the offender at her residence, but she was not there.

5          **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On September 20, 2024, Amanda Mager allegedly violated standard conditions #2 by failing to report to the U.S. Probation Office as instructed.

On September 19, 2024, multiple attempts were made to contact Ms. Mager, but she did not answer or respond. At approximately 4 p.m., the undersigned officer attempted to make contact with the offender at her residence, but she was not home.

Additional attempts were made to contact Ms. Mager while standing in front of her residence, but she did not answer or respond. She was subsequently instructed, via text message, to report to the U.S. Probation Office at 8 a.m. on September 20, 2024.

At approximately 7:54 a.m. on September 20, 2024, the offender sent the undersigned a text message confirming that she had received the text message and would be at the probation office that morning, although she claimed to be running late. An hour later, when she still had not reported, this officer attempted to call Ms. Mager, but she did not answer or respond.

As of the writing of this report, the offender has still not reported to the probation office as instructed, and her whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/20/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C

**Re: Mager, Amanda Marie**
**September 20, 2024**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[ X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[ X ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_____9/20/2024_____
Date