PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

Report Date: October 11, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Mager     Case Number: 0980 2:21CR00094-SAB-2

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2022

| | |
|---|---|
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 |
| Original Sentence: | Probation - 60 Months    Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 18, 2023) | Prison - 5 months<br>TSR - 12 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: August 7, 2023 |
| Defense Attorney: | Ryan Farrell    Date Supervision to have Expired: August 6, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/1/2024 and 9/20/2024.

On August 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Mager as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about September 24, 2024, Amanda Mager allegedly violated special condition number 5 by consuming methamphetamine and MDMA.<br><br>On September 24, 2024, this officer was contacted by the offender's treatment provider with Spokane Addiction Recovery Centers (SPARC). The undersigned was informed that Ms. Mager was subject to random urinalysis testing on that date and provided a urine sample that was presumptive positive for methamphetamine, amphetamine and MDMA; the sample was thus sent to the laboratory for further testing. |

Prob12C
Re: Mager, Amanda Marie
October 11, 2024
Page 2

According to the treatment provider, the offender admitted to drug use the week prior.

On October 2, 2024, this officer received a copy of the laboratory results confirming that the urine sample provided by the offender on September 24, 2024, was in fact positive for methamphetamine, amphetamine, and MDMA.

7     **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: During the month of September 2024, Amanda Mager allegedly violated special condition number 3 by being noncompliant with her established substance abuse treatment program.

On October 2, 2024, the assigned probation officer received Ms. Mager's monthly treatment report, for September 2024, from SPARC. According to the treatment report, the offender missed five group treatment sessions and two individual sessions during the month, which were excused because she was reportedly sick.

The offender reportedly failed to attend any self-help/support groups, despite being required to attend two groups per week, and tested positive for methamphetamine, amphetamine and MDMA. As such, the offender was deemed by SPARC to be noncompliant for the month of September 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/11/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Mager, Amanda Marie
October 11, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

10/11/2024
Date